

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2020

No. 04-20-00382-CV

**GENESIS NETWORKS ENTERPRISES**, **LLC,** James Goodman and Cathy Kincy,
Appellants

v.

**GRAVATTI CORPORATION,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08103
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellant has requested an extension of time in which to file its appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due on or before October 8, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court